# Lemery Greisler LLC
Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

August 31, 2010

Clerk
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York  12207

    Re:    **Bazan, Christina B.**
              **Case No. 09-10130/Chapter 7**

Dear Sir or Madam:

I am the Chapter 7 Bankruptcy Trustee in this case.

In accordance with the U.S. Bankruptcy Court's Final Order of Distribution, enclosed please find my Trustee check number 107 in the amount of $1.54 representing pro rata distribution to creditor Chase Bank USA, N.A., c/o Creditors Bankruptcy Service, P.O. Box 740933, Dallas, TX 75374 in the above-referenced bankruptcy.

Very truly yours,

LEMERY GREISLER LLC

Paul A. Levine

PAL:ph
Enclosure

[Stamp: CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY  2010 SEP -2 PM 12: 57  REC'D & FILED]

50 Beaver Street, Albany, NY 12207  Tel: (518) 433-8800  Fax: (518) 433-8823
60 Railroad Place, Saratoga Springs, NY 12866  Tel: (518) 581-8800  Fax: (518) 581-8823  •  www.lemerygreisler.com